IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re RONALD CANADA,  　　　　　　No. C-13-4574 TEH (PR)

　　　　　　　　　　　　　　　　　　　ORDER OF DISMISSAL
_____/

　　　　Plaintiff Ronald Canada commenced this action when he filed a two-page letter with the Court on October 3, 2013, complaining of conditions at Pelican Bay State Prison. Doc. #1. The Court cannot act on informal letters, documents, narratives, requests, etc. Consequently, on the same day the letter was filed, the Clerk notified Plaintiff that he had not attached a complaint to his pleadings and that he must do so in order for his action to proceed. Doc. #2. The Clerk also notified Plaintiff in writing that his action was deficient because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved in forma pauperis (IFP) application (Doc. #3). See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within twenty-eight (28) days would result in dismissal of the action. Doc. ## 2 & 3.

　　　　The deadline to file the complaint has passed, and Plaintiff has not filed a complaint nor an IFP application. This

1 | action, therefore, is DISMISSED WITHOUT PREJUDICE for failure to
2 | file a complaint, complete an IFP application or pay the filing fee.
3 |     The Clerk shall terminate all pending motions as moot and
4 | close the file.
5 |     IT IS SO ORDERED.
6 |
7 | DATED    1/6/14        /s/ Thelton E. Henderson
8 |                            THELTON E. HENDERSON
                           United States District Judge
9 |
10 | G:\PRO-SE\TEH\CR.13\Canada 13-4574-Dis IFP.wpd

2